IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                          No. 4:23-CR-290-O

ANTHONY WILLIAMS (01)
   a/k/a "Fresh"

**GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY**

The United States of America files this Government's Notice Regarding

Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that the Defendant is entitled to a reduction for Acceptance

of Responsibility, and that his offense level is 16 or greater, the Government moves that

the Defendant receive an additional third point reduction for Acceptance of

Responsibility, pursuant to USSG § 3E1.1(b), because the Defendant has assisted

authorities in the investigation or prosecution of his own misconduct by timely notifying

authorities of his intention to enter a plea of guilty, thereby permitting the government to

avoid preparing for trial and permitting the government and the court to allocate their

resources efficiently.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*s/ Levi Thomas*
LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
Email:   Levi.Thomas@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, the foregoing document was electronically served on counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure and United States Probation Office.


*s/ Levi Thomas*
LEVI THOMAS
Assistant United States Attorney

**Government's Notice Regarding Acceptance of Responsibility - Page  2  of  2**